IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff(s),     Case No. 1:07-cr-137(1)

- vs -

LAKEISHA BURNEY,

    Defendant(s).

---

LAKEISHA BURNEY,

    Petitioner,     Case No. 1:12-cv-060

- vs -

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

The above-captioned cases are hereby TRANSFERRED from the docket of The Honorable Walter H. Rice to the Columbus Division Of The Eastern Division Of This District for reassignment.

It is so ORDERED.

January 27, 2012

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT