# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,             :         Case No. 1:07-cr-137
                                                  (1:12-cv-060)

                                                  District Judge Gregory L. Frost
   -vs-                                     Magistrate Judge Michael R. Merz
                                             :

LAKEISHA BURNEY,

       Defendant.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Sharon L. Ovington to The Honorable Michael R. Merz.

January 27, 2012.

                                                                    s/ **Michael R. Merz**
                                                                       United States Magistrate Judge