# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:07-cr-137 |
| | | Civil No. 1:12-cv-60 |
| Plaintiff, | : | |
| - vs - | : | District Judge Gregory L. Frost |
| | | Magistrate Judge Michael R. Merz |
| LAKEISHA N. BURNEY, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #66), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be, and it hereby is, DISMISSED with prejudice. Petitioner is also DENIED a certificate of appealability on all issues raised in the Motion to Vacate. The Court hereby certifies to the United States Court of Appeals that any appeal would not be taken in objective good faith.

February 27, 2012.

_____
Gregory L. Frost
United States District Court